SEYFARTH SHAW LLP
Carolyn A. Knox (SBN: 181317)
Krista L. Mitzel (SBN: 221002)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

LAW OFFICES OF JOHN P. LYNCH
John P. Lynch (SBN: 45543)
214 Grant Avenue, Suite 301
San Francisco, California 94108
Telephone: (415) 623-2410

Attorney for Plaintiff
JAY B. HEYMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY B. HEYMAN,<br><br>            Plaintiff,<br><br>     v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA AND Does 1 through 10,<br><br>            Defendant. | Case No. C 05 00204 MJJ<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED.R.CIV.P. 41(a) AND [PROPOSED] ORDER |

Plaintiff JAY B. HEYMAN and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

///
///
///
///
///

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER/ Case No. C 05 00204 MJJ

The parties seek the Court's approval of dismissal of this action with prejudice through the order listed *infra*.

DATED: August 17, 2005

SEYFARTH SHAW LLP

By _/s/ Carolyn A. Knox_
Carolyn A. Knox
Krista L. Mitzel

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

DATED: August 12, 2005

LAW OFFICES OF JOHN P. LYNCH

By _/s/ John P. Lynch_
John P. Lynch

Attorney for Plaintiff
JAY B. HEYMAN

**IT IS SO ORDERED.**

DATED AUGUST 24, 2005

By _/s/ Martin J. Jenkins_
Honorable Martin J. Jenkins
United States District Judge

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER/ Case No. C 05 00204 MJJ
SF1 28217192.1